**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6343**

JAMES ANTHONY BARNETT, JR., a/k/a "Lady Ja" Barnett,

Plaintiff - Appellant,

v.

MR. MOURING,

Defendant – Appellee.

**No. 24-6395**

JAMES ANTHONY BARNETT, JR., a/k/a "Lady Ja" Barnett,

Plaintiff - Appellant,

v.

MR. MOURING,

Defendant – Appellee.

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03200-D)

Submitted:  June 25, 2024                          Decided:  June 28, 2024

———————————

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James Anthony Barnett, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, James Anthony Barnett, Jr., seeks to appeal the district court's orders denying Barnett's motion to reconsider the order denying a settlement conference and denying Barnett's motion for recusal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Barnett seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss these appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
